IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BRUCE WAYNE JONES,
VAUGHN DAMON WILSON,
WILLIAM LUTHER JONES, and
CHARLOTTE ANN JONES                                                                   PETITIONERS

      V.                                 Civil No. 2:18-cv-02124-PKH-MEF

SHERIFF RON BROWN,
Crawford County Sheriff's Department                                                   RESPONDENT

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Petition for a Writ of Habeas Corpus filed by Petitioners, Bruce Wayne Jones, Vaughn Damon Wilson, William Luther Jones, and Charlotte Ann Jones on July 19, 2018. (ECF No. 1). No response has yet been ordered.

### I. Background

Petitioners filed their Petition for "Writ of Habeas Corpus Ad Subjiciendum" on July 19, 2018 against Sheriff Ron Brown of the Crawford County Sheriff's Department. (ECF No. 1). Petitioner, Bruce Wayne Jones ("Jones"), is allegedly a prisoner being held by the Crawford County Sheriff's Department in the Crawford County Jail. (ECF No. 1, pp. 1, 4). Petitioners, Vaughn Damon Wilson, William Luther Jones, and Charlotte Ann Jones, are non-prisoners whose places of residence are not alleged.[1] Their relationship to Jones is unclear, but they appear on behalf of Jones

---

[1] The Court notes that the envelope in which the Petition was sent to the Court shows a return address for Petitioner, Vaughn Wilson, in Alma, Crawford County, Arkansas.

as "State Citizens, on the relation of our brother in Christ Jesus." (ECF No. 1, p. 1). Condensed and summarized, Petitioners allege that Jones is "unlawfully being held prisoner at the Crawford County Sheriff's Department in Van Buren, Arkansas; that Jones is being deprived of due process of law in some unspecified way; that he is "being held without a common law bail"; that he is "being held with an excessive bail, because lawful money, gold and silver coin are not available"; that he is "being held without a common law warrant"; that he is "being held without a common law grand jury indictment"; that he is "being held without being informed as to the common law nature of the cause of the accusation"; and, that "all parties involved with his imprisonment of (sic) are and have committed acts of treason, and are warring and participating in the overthrow of the republic, and working to prevent its restoration." (ECF No. 1, pp. 2-3). Petitioners, Vaughn Damon Wilson, William Luther Jones, and Charlotte Ann Jones, ask the Court to issue a writ of habeas corpus to release Bruce Wayne Jones.

## II. Discussion

Petitioners, Vaughn Damon Wilson, William Luther Jones, and Charlotte Ann Jones, do not allege that they are licensed attorneys. As non-attorneys, they may not bring an action on behalf of Bruce Wayne Jones.

"Individuals who are not licensed attorneys can appear in the courts and engage in the practice of law provided that they do so for themselves and in connection with their own business. However, it is well-settled that only a licensed attorney may represent another party in court." *Crump-Donahue v. United States Department of Agriculture*, No. 4:07-CV-00511-WRW, 2007 WL 1702567, at * 1 (E.D.Ark. June 11, 2007) (internal citations omitted). "When a non-lawyer attempts to represent the interests of other persons, the practice constitutes the unauthorized practice of law

and results in a nullity." *Id*.  Accordingly, it is recommended that Petitioners, Vaughn Damon Wilson, William Luther Jones, and Charlotte Ann Jones, be DISMISSED from this action.

Even if Bruce Wayne Jones had filed the Petition on his own behalf, he would need to amend it to properly allege a habeas claim.  The Petition makes vague and conclusory allegations, but it fails to state the facts supporting each ground for relief as required by Rule 2(c)(2), Rules Governing § 2254 Cases.  Further, while he is a named Petitioner, Bruce Wayne Jones has not signed the Petition under penalty of perjury, as required by Rule 2(c)(5), Rules Governing § 2254 Cases.  Finally, the Petition does not substantially follow the standard form, as required by Rule 2(d), Rules Governing § 2254 Cases.  It is, therefore, recommended that the Clerk be directed to provide the Petitioner, Bruce Wayne Jones, a standard form Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2254 (AO 241) for completion and filing in this action.

### III.  Conclusion

For the reasons and upon the authorities discussed above, it is recommended that Petitioners, Vaughn Damon Wilson, William Luther Jones, and Charlotte Ann Jones, be DISMISSED from this action.

It is also recommended that the Clerk be directed to provide the Petitioner, Bruce Wayne Jones, a standard form Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2254 (AO 241), to be completed and filed in this action.

**The parties have fourteen (14) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely written objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the**

**district court.**

DATED this 12th day of September 2018.

/s/ Mark E. Ford
HONORABLE MARK E. FORD
UNITED STATES MAGISTRATE JUDGE