IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BRUCE WAYNE JONES;
VAUGHN DAMON WILSON;
WILLIAM LUTHER JONES; AND
CHARLOTTE ANN JONES                                                              PETITIONERS

v.                              No. 2:18-CV-2124

SHERIFF RON BROWN,
Crawford County Sheriff's Department                                              RESPONDENT

## ORDER

The Court has received a report and recommendation (Doc. 3) from United States Magistrate Judge Mark E. Ford. No objections have been filed and the deadline to file objections has passed. The Magistrate recommends that the Court deny the petition for a writ of habeas corpus. The Court has conducted careful review of this case.. The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that the petition for a writ of habeas corpus (Doc. 1) is DENIED and the petition is DISMISSED WITH PREJUDICE. No certificate of appealability shall issue.

Judgment will be entered accordingly.

IT IS SO ORDERED this 2nd day of October, 2018.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE