IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BRUCE WAYNE JONES;
VAUGHN DAMON WILSON;
WILLIAM LUTHER JONES; AND
CHARLOTTE ANN JONES                                                          PETITIONERS

v.                              No. 2:18-CV-2124

SHERIFF RON BROWN,
Crawford County Sheriff's Department                                          RESPONDENT

# JUDGMENT

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 2nd day of October, 2018.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE